IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIREILLE M. LEE, | ) |
| Plaintiff, | ) |
| | ) NO. 3:20-cv-00924 |
| v. | ) JUDGE RICHARDSON |
| | ) |
| THE VANDERBILT UNIVERSITY, | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant's Motion to Dismiss (Doc. No. 37, "Motion"). Although originally directed at Plaintiff's First Amended Complaint (Doc. No. 25), the Motion has now been acknowledged by the Court to be directed at Plaintiff's Second Amended Complaint (Doc. No. 160), which is the currently-operative complaint. (Doc. No. 101).

For the reasons discussed in the accompanying memorandum opinion, the Motion is **GRANTED**, and the Second Amended Complaint (Doc. No. 160) is **DISMISSED**.

All other pending motions, including Plaintiff's Motion for Summary Judgment (Doc. No. 238), are **DENIED** as moot. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58, and the Clerk is directed to close the file.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE