IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MIREILLE M. LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 3:20-cv-00924 |
| v. | ) |
| | ) JUDGE RICHARDSON |
| THE VANDERBILT UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court are "Plaintiff Lee's Motion for an Order Abstaining from Re-exercising Supplemental Jurisdiction Over Plaintiff's Contract Claims Now Pending in State Court" (Doc. No. 329, "Motion to Abstain") and "Plaintiff Lee's Motion Pursuant to Rule 12(f) F.R.CIV.P. to Strike or in the Alternative to Amend Pursuant to Rule 15(a) F.R.CIV.P." (Doc. No. 332, "Motion to Strike"). For the reasons set forth in the accompanying memorandum opinion, both the Motion to Abstain (Doc. No. 329) and the Motion to Strike (Doc. No. 332) are GRANTED. The Court declines to exercise jurisdiction over Counts V and VI and thus deems them stricken from the Second Amended Complaint (Doc. No. 104).

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE