IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **MIREILLE M. LEE,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:20-CV-00924 |
| | ) | |
| v. | ) | |
| | ) | **HON. ELI J. RICHARDSON** |
| **THE VANDERBILT UNIVERSITY,** | ) | **HON. JEFFREY S. FRENSLEY** |
| | ) | |
| Defendant. | ) | **JURY DEMAND** |
| | ) | |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

In accordance with Local Rule 5.03, this Court's Protective Order (D.E. 70) and Section 5.07 of Administrative Order 167-1 Plaintiff moves for an order placing the relevant portions of the tenure file of Paul Young under seal because this document contains confidential information pursuant to the above referenced protective order previously sealed by this Court.

Respectfully submitted,

/s Richard J. Braun
Richard J. Braun, Bar No. 010346
**BRAUN & ASSOCIATES PLLC**
1080 Plantation Boulevard
Gallatin, Tennessee 37066-4494
Telephone: (615) 259-1550
Facsimile: (615) 259-2524
Email: rbraun@braunlawassociates.com

Attorneys for Plaintiff, Mireille M. Lee

1

# CERTIFICATE OF SERVICE

   I certify that a true and accurate copy of the foregoing, **Motion for Leave to File Under Seal** was served on the following by utilizing the Court's Electronic Filing system ("CM/ECP") this 14th day of December, **2024:**

John W. Borkowski, Esquire
Karen L. Courtheoux, Esquire
Catarina Colon. Esquire
**Husch Blackwell LLP**
120 South Riverside Plaza, Suite 2200
Chicago, Illinois, 60606
Telephone: (312) 526-1538
Facsimile: (312) 655-1501
Email: johnborkowski@huschblackwell.com
    Karen.courtheoux@huschblackwell.com
    Catarina.colon@Huschblackwell.com

*Attorneys for Defendant, The Vanderbilt University*


Kevin C. Klein, Esquire
**Klein Solomon Mills PLLC**
1322 4th Avenue North
Nashville, Tennessee 37208
Telephone: (615) 600-4780
Email: kevin.klein@kleinpllc.com

*Attorneys for Defendant, The Vanderbilt University*

          /s Richard J. Braun_____
          Richard J. Braun

2

Case 3:20-cv-00924   Document 481   Filed 12/14/24   Page 2 of 2 PageID #: 7511