**ORDER**
The Motion (Doc. No. 541) is granted.
IT IS SO ORDERED.

*Eli Richardson*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **MIREILLE M. LEE,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:20-cv-00924 |
| | ) | |
| v. | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Frensley** |
| **THE VANDERBILT UNIVERSITY,** | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

### JOINT MOTION FOR EXTENSION OF TIME FOR VANDERBILT TO FILE ITS REPLY IN SUPPORT OF ITS MOTION IN LIMINE TO EXCLUDE REPORTS AND TESTIMONY OF PLAINTIFF'S PUTATIVE EXPERTS

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant The Vanderbilt University ("Defendant") and Plaintiff Mireille M. Lee ("Plaintiff") (collectively, the "Parties") respectfully move this Court for an extension of time for Vanderbilt to file its reply in support of its Motion in Limine to Exclude Reports and Testimony of Plaintiff's Putative Experts (Dkt. 523) (the "Motion"). In support of their motion, the Parties state as follows:

1. The Motion pertains to Plaintiff's putative experts' reports and testimony, cited in opposing Vanderbilt's motion for summary judgment and supporting her own motion for summary judgment. *See* Dkt. 523, 524.

2. Vanderbilt filed the Motion on January 17, 2025. Dkt. 523.

3. Plaintiff filed a "Notice of Intent to Oppose Motion in Limine" on January 28, 2025. Dkt. 526.

4. On February 7, 2025, Vanderbilt filed a Reply in Support of Its Motion in Limine to Exclude Reports and Testimony of Plaintiff's Putative Experts. Dkt. 530.

5. On March 19, Plaintiff filed a Response in Opposition to Defendant Vanderbilt's