> The motion is GRANTED. *Eli Richardson*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| **MIREILLE M. LEE,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:20-cv-00924 |
| | ) | |
| v. | ) | Judge Richardson |
| | ) | Magistrate Judge Frensley |
| **THE VANDERBILT UNIVERSITY,** | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

### JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSES AND FOR VANDERBILT TO FILE REPLIES TO VANDERBILT'S MOTION TO STRIKE AND MOTION TO EXCLUDE

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant The Vanderbilt University ("Defendant") and Plaintiff Mireille M. Lee ("Plaintiff") (collectively, the "Parties") respectfully move this Court for an extension of time: (1) for Plaintiff to file a response to Vanderbilt's Motion to Strike in Part Plaintiff's Statement of Undisputed Material Facts (Dkt. 462) and Plaintiff's Statement of Additional Uncontested Facts (Dkt. 490) (Dkt. 533) ("Motion to Strike") and its Motion to Exclude Certain Exhibits Cited by Plaintiff in Support of Her Motion for Summary Judgment and Her Brief in Opposition to the Vanderbilt University's Motion for Summary Judgment (Dkt. 535) ("Motion to Exclude") (together, the "Motions"); and (2) for Vanderbilt to file its replies in support of the Motions. In support of their motion, the Parties state as follows:

1. The Motion to Strike pertains to Plaintiff's Rule 56.01 Statement and Plaintiff's "Statement of Additional Uncontested Material Facts Which Demonstrate Vanderbilt Is Not Entitled to Summary Judgment." *See* Dkt. 533.

2. The Motion to Exclude addresses exhibits Plaintiff filed in support of her Motion