# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| **MIREILLE M. LEE,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:20-cv-00924 |
| | ) | |
| v. | ) | **Judge Richardson** |
| | ) | **Magistrate Judge Frensley** |
| **THE VANDERBILT UNIVERSITY,** | ) | |
| | ) | **JURY DEMAND** |
| Defendant. | ) | |

## JOINT MOTION TO ASCERTAIN STATUS OF CASE

Pursuant to Local Rule 7.01(c), Plaintiff Mireille M. Lee ("Plaintiff") and Defendant The Vanderbilt University ("Defendant") (collectively, the "Parties") respectfully move this Court to inquire as to the status of the case—specifically, to confirm that the Pretrial Conference scheduled for April 14, 2025, will not take place and will be rescheduled in due course. In support of their motion, the Parties state as follows:

1. On July 12, 2024, the Court issued an order resetting this case for trial on April 22, 2025 and scheduling, among other things, a Pretrial Conference on April 14, 2025 at 8:30 a.m. Dkt. 417 at 1.

2. On March 7, 2025, the Court granted Vanderbilt's motion to continue the trial date. Dkt. 537. The order did not specifically address the Pretrial Conference. *See id.*

3. On March 21, 2025, the Parties submitted a Notice of Availability for Trial setting forth proposed dates for the trial. Dkt. 542. The trial has not yet been rescheduled.

4. The Parties wish to confirm that the Court intends to postpone the Pretrial Conference.

Dated this 1st day of April 2025.

                Respectfully submitted,

                _s/ John W. Borkowski_
                **KLEIN SOLOMON MILLS, PLLC**
                Kevin C. Klein (#23301)
                1322 4th Avenue North
                Nashville, TN 37208
                Phone: (615) 600-4802
                kevin.klein@kleinpllc.com

                **HUSCH BLACKWELL LLP**
                John W. Borkowski (IL #6320147)
                Karen L. Courtheoux (IL #6303103), *pro hac vice*
                120 South Riverside Plaza, Suite 2200
                Chicago, IL 60606
                Phone: (312) 655-1500
                Fax: (312) 655-1501
                john.borkowski@huschblackwell.com

                *Attorneys for Defendant The Vanderbilt University*


                _s/ Richard J. Braun_
                Richard J. Braun
                **BRAUN & ASSOCIATES PLLC**
                1080 Plantation Boulevard
                Gallatin, Tennessee 37066
                Telephone: (615) 259-1550
                Facsimile: (615) 259-2524
                Email: rbraun@braunlawassociates.com

                *Attorney for Plaintiff Mireille M. Lee*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing using the CM/ECF system, which will automatically send an email notification to counsel of record for Plaintiff at the below address:

>Richard J. Braun
>**BRAUN & ASSOCIATES PLLC**
>1080 Plantation Boulevard
>Gallatin, Tennessee 37066
>Telephone:     (615) 259-1550
>Facsimile:     (615) 259-2524
>Email: rbraun@braunlawassociates.com
>
>*Attorney for Plaintiff Mireille M. Lee*

*s/ John W. Borkowski*